UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                  )<br>                          Plaintiff,         ) | CASE NO. 21CR00521-002-JLS |
|                                                                  )<br>               v.                                             )<br>                                                                  )<br>Gorge Octavio VAQUERA Gallardo    )<br>                                                                  )<br>                          Defendant.       )<br>                                                                  ) | O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for February 11, 2022 is vacated and reset to March 4, 2022 at 9:00 AM.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:   12/02/2021

*Janis L. Sammartino*
Janis L. Sammartino
U.S. District Judge

cc: all counsel of record