# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-521-JLS-2 |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING THE SENTENCING HEARING WITH PSR TO FRIDAY, MARCH 25, 2022, AT 10:30 A.M. |
| GORGE OCTAVIO VAQUERA GALLARDO (2), | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Sentencing Hearing currently set for Friday, March 4, 2022, at 9:00 a.m., in the above-captioned matter, is continued to Friday, March 25, 2022, at 10:30 a.m. Defendant shall file an acknowledgement of the new hearing date by March 25, 2022.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and the Defendant to a speedy trial.

IT IS FURTHER ORDERED that the period of delay from the date of March 4, 2022, until the date of March 25, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: March 2, 2022

Hon. Janis L. Sammartino
United States District Judge